**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **FLORIDALIA SANCHEZ,** | ) )  |
| **Plaintiff,** | ) ) |
| vs. | ) CASE NO. ) |
| **MEDNAX, INC. a Florida corporation, f/k/a PEDIATRIX MEDICAL GROUP, INC.,** | ) ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. § 1446, Defendant, MEDNAX, INC. ("Defendant"), hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441, and states the following grounds for removal of this case from the Circuit Court in and for Broward County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1. This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law.

### TIMELINESS OF REMOVAL

2. On June 8, 2018, Plaintiff Floridalia Sanchez ("Plaintiff") commenced a civil action against Defendant, by filing a Complaint in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE-18-013947. A true and correct copy of the Complaint is within the state court file, a true and correct copy of which is filed herewith as Exhibit A.

3. On June 20, 2018, Plaintiff served Defendant with the Complaint. *See* Exhibit B (copy of Summons served on Defendant).

4. Defendant has not served any answer or responsive pleading to Plaintiff's Complaint or made any appearance or argument before the Circuit Court in this matter.

5. This Notice is filed with this Court within thirty (30) days after Defendant was served. This Notice is filed before any proceedings were had in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the court filings in this matter are attached hereto as Exhibit A.

7. A removal is not proper unless "all defendants who have been properly joined and served . . . consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Defendant is the only named defendant in this action.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide prompt written notice of the removal to all adverse parties in this action.

## FEDERAL QUESTION JURISDICTION

9. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

## VENUE

10. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

11. Defendant submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

12. Contemporaneously with this filing, Defendant is also filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the Notification of Removal is attached as Exhibit C.

WHEREFORE, Defendant, MEDNAX, INC., respectfully requests this action be removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

DATED this 19th day of July, 2018.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:   (407) 246-8440
Facsimile:    (407) 246-8441

By:   */s/ Donald C. Works, III*
Donald C. Works, III
Florida Bar No. 0340308
worksd@jacksonlewis.com

Jesse I. Unruh
Florida Bar No. 0093121
jesse.unruh@jacksonlewis.com

Attorneys for Defendant, MEDNAX SERVICES, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2018, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy was furnished by e-mail and U.S. Mail to the parties of record on the Service List below.

*/s/ Donald C. Works, III*
Donald C. Works, III

## **SERVICE LIST**

J. Freddy Perera, Esq.
Valerie B. Barnhart, Esq.
Perera Barnhart
12555 Orange Drive, Second Floor
Davie, FL 33330
(786) 485-5232

4819-7158-0781, v. 1